UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-20438-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

ANA MARIA FONSECA,

    Defendant.
_____/

**THIS CAUSE** came before the Court on a **Motion for reconsideration of bond [8]** and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED as follows:**

The motion is **DENIED without prejudice**.

**DONE AND ORDERED** at Miami, Florida this __22nd__ day of __MAY__ 2008.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

TAPE NO: 08G-27-510

CC:    AUSA
        Defense Counsel
        U.S. Marshal
        Pretrial Services